AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

LEE ALVIN VINCENT,

      Petitioner,

V.

E.K. McDANIEL, et al.,

      Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:10-cv-00181-HDM-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is DENIED on the merits and that this action is DISMISSED with prejudice.
    **IT FURTHER IS ORDERED** that a certificate of appealability is GRANTED as to Grounds 1 and 3(a) and is DENIED as to Grounds 2, 3(b) and 4.
    **IT IS THEREFORE ORDERED** that judgment is hereby entered in favor of respondents and against petitioner, and this action is dismissed with prejudice.

  September 18, 2017                                    **DEBRA K. KEMPI**
                                                                             Clerk

                                                                        /s/ D. R. Morgan
                                                                          Deputy Clerk